NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

JAC 18-779

STATE IN THE INTEREST OF

T.J.S.

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. JC2016796
HONORABLE THOMAS R. DUPLANTIER, DISTRICT JUDGE

**********

ELIZABETH A. PICKETT

JUDGE

**********

Court composed of Elizabeth A. Pickett, Phyllis M. Keaty, and Candyce G. Perret, Judges.

APPEAL DISMISSED.

F.J.S.
In Proper Person
100 13th Street
Lafayette, LA 70501
(337) 335-7490
COUNSEL FOR APPELLANT:
    F.J.S.

**Shytishia A. M. Flugence**
**Flugence Law Firm**
**620 S. E. Evangeline Thruway**
**Lafayette, LA  70509-0381**
**(337) 261-1099**
**COUNSEL FOR APPELLANT:**
**    F.J.S**

**Nicole M. Guidry**
**Attorney at Law**
**100 South Louisiana Street, Suite 500**
**Abbeville, LA  70510**
**(337) 740-2149**
**COUNSEL FOR APPELLEE:**
**    L.M.B.**

**Franchesca L. Hamilton-Acker**
**Acadiana Legal Service Corporation**
**Post Office Box 4823**
**Lafayette, LA  70502-4823**
**(337) 237-4320**
**COUNSEL FOR APPELLEE:**
**    T.J.S.**

**Tracey Davenport-McGraw**
**Assistant District Attorney**
**Fifteenth Judicial District Court**
**Post Office  Box 3306**
**Lafayette, LA  70502**
**(337) 232-5170**
**COUNSEL FOR APPELLEE:**
**    State of Louisiana**

**Chantel Conrad**
**825 Kaliste Saloom Road**
**Brandywine Building 3, Suite 150**
**Lafayette, LA  70508**
**(337) 262-2250**
**COUNSEL FOR APPELLEE:**
**    State of Louisiana, Department of Children and Family Services**

**Claudelle Ancar**
**c/o CWS III, Case Worker**
**825 Kaliste Saloom Road**
**Brandywine Building 3, Suite 150**
**Lafayette, LA  70508**
**(337) 261-5901**
**COUNSEL FOR APPELLEE:**
**    State of Louisiana, Department of Children and Family Services**

**CASA Coordinator**
**c/o CASA of South Louisiana**
**227 La Rue France**
**Lafayette, LA 70508**
**(337) 268-5111**
**COUNSEL FOR APPELLEE:**
    **CASA of South Louisiana**

**PICKETT, Judge.**

This court, on its own motion, issued a rule to Appellant, F.J.S., to show cause why the appeal in the above captioned case should not be dismissed as untimely. La.Ch.Code art. 332. Appellant did not respond to the rule. For the reasons that follow, we hereby dismiss the appeal.

On March 27, 2018, the parental rights of Appellant and L.M.B., in regard to their minor child, T.J.S., were permanently and irrevocably terminated. A written judgment was signed by the trial court on April 20, 2018.

Pursuant to La.Ch.Code art. 332, "appeals shall be taken within fifteen days from the mailing of notice of the judgment." The notice of judgment of the Termination of Parental Rights and Certification for Adoption, the ruling Appellant seeks to appeal in this case, was mailed to the parties on April 23, 2018. The delay for filing a motion for appeal expired on May 8, 2018. Appellant's *pro se* "Petition for Devolutive Appeal" is stamped by the clerk's office as filed on May 9, 2018; thus, we find that the appeal was filed untimely.

In *Seaman v. Seaman*, 10-1295, p. 6 (La.App. 3 Cir. 12/15/10), 54 So.3d 756, 760 (citation omitted), this court noted:

> While this court is not unmindful of the possible disadvantages facing a non-attorney attempting self-representation . . . the jurisprudence is clear that even if the parties to the action do not oppose the untimely appeal, neither the trial court nor the appellate court has the authority to extend the delays for seeking an appeal since the timeliness of an appeal is a jurisdictional issue. . . . Accordingly, we cannot extend the delay that the plaintiff had to perfect her appeal in this matter.

Since we find that Appellant did not file an appeal within the delay set forth in La.Ch.Code art. 332, this appeal must be dismissed as untimely. We hereby dismiss the appeal.

**APPEAL DISMISSED.**

THIS OPINION IS NOT DESIGNATED FOR PUBLICATION.
Rule 2-16.3 Uniform Rules, Court of Appeal.